# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-3231 PSG (SSx) | Date | July 15, 2009 |
|---|---|---|---|
| Title | Candace Moore v. Target Corporation | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):          Attorneys Present for Defendant(s):

Not Present                                            Not Present

**Proceedings:     (In Chambers) Remand Order**

On May 7, 2009, Target Corporation ("Defendant") removed this action to this Court pursuant to 28 U.S.C. § 1441. However, because the jurisdictional allegations in Defendant's Notice of Removal regarding its principal place of business ("PPOB") appeared to be defective, the Court issued an Order to Show Cause re Remand to State Court ("OSC"), in which the Court instructed Defendant to show cause in writing no later than June 12, 2009 why this action should not be remanded for the reason noted above.

Defendant failed to file a timely response to the OSC. Accordingly, the Court hereby REMANDS this action to state court.

**IT IS SO ORDERED.**